# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DONNA DAVIS JAVITZ, | : | No. 67 MAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of Commonwealth |
| | : | Court at No. 81 MD 2018 dated 10/22/20 |
| v. | : | |
| | : | |
| PAULA SCHNELLY, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM:**                                    **DECIDED: September 22, 2021**

**AND NOW**, this 22nd day of September, 2021, the Order of the Commonwealth

Court is AFFIRMED.